UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

PORT AUSTIN,

    *Plaintiff,*

v.

JOHN J. STAPLETON,

    *Defendant.*

                             /

CASE NO. 22-11895

DISTRICT JUDGE THOMAS L. LUDINGTON
MAGISTRATE JUDGE PATRICIA T. MORRIS

## ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

The Court has reviewed Plaintiff's application and finds that Plaintiff is entitled to proceed *in forma pauperis* ("IFP"). 28 U.S.C. § 1915(a)(1). Accordingly, **IT IS ORDERED** that Plaintiff's application is **GRANTED**.

In a case where a plaintiff is allowed to proceed *in forma pauperis*, the Court engages in its screening procedure contemplated by 28 U.S.C. § 1915(e)(2). Summons will not be issued at this time because the Court's first duty in such a case is to conduct such screening. *See Kibbe v. Bush*, 28 Fed. Appx. 432, 433 (6th Cir. 2002).

Date: August 29, 2022

                                                           S/ Patricia T. Morris
                                                           Patricia T. Morris
                                                           United States Magistrate Judge